AO 247 (02/08) Order Regarding Motion for Sentence Reduction

## UNITED STATES DISTRICT COURT
for the
### NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Alberta Renee Peterson ) | Case No: 5:05cr24-001/MCR |
| ) | USM No: 05988-017 |
| Date of Previous Judgment: February 15, 2006 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
　　☒ DENIED.　☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____　　　　Amended Offense Level: _____
Criminal History Category: _____　　　Criminal History Category: _____
Previous Guideline Range: _____ to _____ months　Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Defendant was subject to a mandatory minimum 120 month sentence. See 21 U.S.C. § 841(b)(1)(B). The 5K.1 sentence reduction was from the mandatory minimum, not an offense-level based guideline range. Thus, the sentence is not affected by Amendment 706.

All provisions of the judgment dated February 15, 2006 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 2-5-09

Effective Date: _____
(if different from order date)

_M. Casey Rodgers_
Judge's signature

M. Casey Rodgers, United States District Judge
Printed name and title